UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                            Case No. 18-52774

GETARA R. BROWN,                     Chapter 7

                 Debtor.                             Judge Thomas J. Tucker
_____/

**ORDER DISMISSING CASE,
AND BARRING THE DEBTOR FROM FILING ANY NEW BANKRUPTCY
CASE UNLESS AND UNTIL THE DEBTOR PAYS ALL FILING FEES NOW OWING**

On January 11, 2018, the Debtor filed a voluntary petition for relief under Chapter 7, commencing Case No. 18-40360. On April 18, 2018, the Court entered an Order dismissing that case and barring the Debtor from filing any new bankruptcy case "unless and until the Debtor first pays in full the $335.00 filing fee for this case" (Docket # 19 in Case No. 18-40360, the "Dismissal and Bar Order"). Despite this, on September 18, 2018, the Debtor filed a voluntary petition for relief, under Chapter 7, commencing this bankruptcy case. Because the Debtor has not paid the overdue filing fee for Case No. 18-40360, the Debtor's filing of this case was in violation of the bar in the Dismissal and Bar Order. For this reason,

IT IS ORDERED that this bankruptcy case is dismissed.

IT IS FURTHER ORDERED that the Debtor is prohibited from filing any new bankruptcy case, and the Clerk's Office is directed not to accept for filing any new bankruptcy case, unless and until the Debtor first pays in full the $335.00 filing fee for this case and the $335.00 filing fee for Case No. 18-40360.

**Signed on September 19, 2018**



/s/ **Thomas J. Tucker**
_____
**Thomas J. Tucker
United States Bankruptcy Judge**